**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROTHE DEVELOPMENT CORP., <br> A Texas Corporation, <br><br> Plaintiff, <br><br> VS. <br><br> THE UNITED STATES DEPARTMENT <br> OF DEFENSE and THE UNITED STATES <br> DEPARTMENT OF THE AIR FORCE, <br><br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. <br><br> 1:06-mc-00402-JR |

## ADVISORY TO THE COURT

On August 29, 2006, Rothe filed a motion in this Court to enforce a subpoena issued by this Court to nonparty U.S. Commission on Civil Rights (Commission). The underlying litigation is Civil Action No. SA-98-CA-1011-XR; *Rothe Development Corp., a Texas Corporation vs. The United States Department of Defense and The United States Department of the Air Force*; United States District Court, Western District of Texas, San Antonio Division.

Rothe hereby advises the Court of the following correspondence between the parties to the subpoena at issue in the above captioned proceeding: A letter from the DOJ counsel for the Commission, dated August 30, 2006 (Exhibit 1); and a response to that letter sent by Rothe's counsel on August 31, 2006 (Exhibit 2).

While Rothe is hopeful that the Commission will comply with the subpoena, this dispute remains before the Court until further notice and requires the Court's attention on its discovery motion docket when and if DOJ files a timely response for the Commission.

RECEIVED
SEP 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

- 1 -

Respectfully submitted,

_/s/ David F. Barton_

DAVID F. BARTON
Attorney-in-Charge
State Bar No. 01853300
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212-3149
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: dfb@tgif.com

**OF COUNSEL:**

Jay K. Farwell
State Bar No. 00784038
THE GARDNER LAW FIRM
A Professional Corporation
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: jkf@tgif.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument together with all definitions, instructions and requests attached thereto, was served by electronic mail and overnight delivery, upon the following on this 31st day of August, 2006.

Mr. Peter Phipps
U.S. Department of Justice
Civil Division, Federal Programs Branch – *special delivery address*
20 Massachusetts Ave., NW
Washington, DC 20001

Mr. Andrew Braniff
USDOJ/CRD/ELS
PHB 4033
601 D Street NW
Washington, DC 20004

Mr. David Blackwell
General Counsel
United States Commission on Civil Rights
624 Ninth Street, NW
Washington, DC 20425

                                                    _____
                                                       DAVID F. BARTON

dfb/7827.004/Appeal 3\Discovery\Documents Requests\Advisory on Motion to Compel (USCCR) 08-31-06.doc