UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROTHE DEVELOPMENT CORP., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | 1:06-mc-00402-JR |
| ) | |
| THE UNITED STATES DEPARTMENT ) | |
| OF DEFENSE and THE UNITED ) | |
| STATES DEPARTMENT OF THE AIR ) | |
| FORCE, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR AN EXTENSION OF TIME TO RESPOND

The United States Commission on Civil Rights, a third-party to the underlying litigation[1] who was served with a subpoena to produce documents, hereby seeks an extension of time of 30 days to respond to Rothe Development Corp.'s Motion to Enforce Subpoena and Compel the United States Commission on Civil Rights to Produce Request Documents (Docket #1), which sought to compel documents requested under subpoena.

On September 6, 2006, the Commission produced the documents that Rothe's subpoena demanded, thus satisfying the Commission's obligations under the subpoena. (See Sept. 6, 2006 Ltr. from Phipps to Barton, attached as Exhibit 1). On previous occasions, counsel for Rothe has advised undersigned counsel that he would withdraw his Motion once production occurred, but has not yet done so. The 30-day extension is sought to allow additional time for counsel to

---

[1] That litigation is pending under Case No. SA-98-CA-1011-XR in the United States District Court, Western District of Texas, San Antonio Division.

Rothe to withdraw his Motion.[2]

For the foregoing reasons, the Commission's Motion for an Extension of Time to Respond should be granted, and the Commission should have until October 11, 2006, to respond to Rothe's Motion, if necessary.

Dated: September 11, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

_____
PETER J. PHIPPS
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendants

---

[2] Pursuant to LCvR 7(m) (D.D.C.), undersigned counsel has attempted to confer with counsel for Rothe, but his voice mail message has not been returned.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion for an Extension of Time to Respond and the attached proposed order have been served by first-class U.S. mail this 11th of September 2006, (filing with the court will follow within a reasonable time) on:

>David F. Barton, Esq.
>The Gardner Law Firm
>745 E. Mulberry Ave, Suite 100
>San Antonio, TX 78212
>(210) 733-8191

_____
Peter J. Phipps