

**U.S. Department of Justice**

Civil Division, Federal Programs Branch

*Via U.S. Mail:*          *Via Special Delivery:*
P.O. Box 883, Rm. 7136   20 Massachusetts Ave., NW
Washington, DC 20044     Washington, DC 20001

---

Peter J. Phipps  
Trial Attorney

Telephone: (202) 616-8482  
Fax: (202) 616-8470  
Email: peter.phipps@usdoj.gov

September 6, 2006

*Via Overnight Delivery*

David F. Barton, Esq.  
The Gardner Law Firm  
745 E. Mulberry Ave, Suite 100  
San Antonio, TX 78212  
(210) 733-8191

Re:  Subpoena to United States Commission on Civil Rights in Rothe Dev., Inc. v. Dep't of Defense, SA-98-CA-1011-XR (W.D. Tex.).

Dear Mr. Barton:

    I write in response to your subpoena to the United States Commission on Civil Rights (the "Commission") dated August 11, 2006, served on August 16, 2006. Your subpoena seeks all documents that the Commission has concerning the responses of seven federal agencies to interrogatories referred to in the Commission's report "Federal Procurement After *Adarand*"(Sept. 2005). As my previous correspondence makes clear, before producing such documents, the Commission's General Counsel was required by regulation to confer with the seven other federal agencies who provided the information to the Commission that you now seek. See 45 C.F.R. § 705.12. Having conferred with the seven other federal agencies whose responses were sought in your subpoena request, the Commission is now prepared to produce documents responsive to your subpoena.

    Thus, by the enclosed production, bearing Bates numbers USCCR 1 to 884, the Commission has satisfied any obligations it may have had under that subpoena. Moreover, because your prior subpoena, dated July 27, 2006, was deficient and then was superseded by your August 11 subpoena, the Commission has no extant obligations with respect to your subpoenas in the above-referenced litigation. Finally, because this production moots your pending motion to compel filed in District Court for the District of Columbia, Case No. 1:06-mc-00402-JR, I understand that you will timely withdraw your motion to compel, as we discussed in our telephone conversations.

- 2 -

Please contact me at (202) 616-8482, if you would like to discuss this matter further.

Sincerely,

Peter J. Phipps

Enclosures