UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROTHE DEVELOPMENT CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES DEPARTMENT ) <br> OF DEFENSE and THE UNITED ) <br> STATES DEPARTMENT OF THE AIR ) <br> FORCE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br><br> 1:06-mc-00402-JR |

### Proposed ORDER

The United States Commission on Civil Rights' Motion for an Extension of Time to Respond having come before the Court, and the Court having considered that motion, it is hereby

ORDERED that the motion is granted.

IT IS FURTHER ORDERED that defendant shall have until October 11, 2006, to respond to Rothe Development Corp.'s Motion to Enforce Subpoena and Compel the United States Commission on Civil Rights to Produce Request Documents (Docket #1).

_____
UNITED STATES DISTRICT JUDGE