UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROTHE DEVELOPMENT CORP., <br> A Texas Corporation, <br><br> Plaintiff, <br><br> VS. <br><br> THE UNITED STATES DEPARTMENT <br> OF DEFENSE and THE UNITED STATES <br> DEPARTMENT OF THE AIR FORCE, <br><br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. <br><br> 1:06-mc-00402-JR |

### PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION TO ENFORCE SUBPOENA AND COMPEL THE UNITED STATES COMMISSION ON CIVIL RIGHTS TO PRODUCE REQUESTED DOCUMENTS

Plaintiff, Rothe Development Corp. ("Rothe") files this motion to withdraw its motion to enforce its subpoena and compel pursuant to FRCP 37(a)(2)(B) asking the court to compel non-party, the United States Commission on Civil Rights ("USCCR"), to respond to Rothe's request for production of documents.

Rothe and USCCR came an agreement as to the documents that USCCR was to produce in order to comply with Rothe's subpoena, and USCCR has produced the documents as agreed.

Rothe, therefore withdraws its motion to enforce its subpoena and compel and asks that the Court dismiss this miscellaneous proceeding.

Respectfully submitted,

DAVID F. BARTON
Attorney-in-Charge
State Bar No. 01853300
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212-3149

RECEIVED
SEP 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

- 1 -

Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: dfb@tglf.com

**OF COUNSEL:**

Jay K. Farwell
State Bar No. 00784038
THE GARDNER LAW FIRM
A Professional Corporation
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: jkf@tglf.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument together with all definitions, instructions and requests attached thereto, was served by electronic mail and overnight delivery, upon the following on this 15th day of September, 2006.

Mr. Peter Phipps
U.S. Department of Justice
Civil Division, Federal Programs Branch – *special delivery address*
20 Massachusetts Ave., NW
Washington, DC 20001

Mr. Andrew Braniff
USDOJ/CRD/ELS
PHB 4033
601 D Street NW
Washington, DC 20004

Mr. David Blackwell
General Counsel
United States Commission on Civil Rights
624 Ninth Street, NW
Washington, DC 20425

_____
DAVID F. BARTON

dfb/7827.004/Appeal 3\Discovery\Documents Requests\Motion to Withdraw Motion to Compel (USCCR) 09-13-06.doc