UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROTHE DEVELOPMENT CORP.,<br>A Texas Corporation,<br><br>Plaintiff,<br><br>VS.<br><br>THE UNITED STATES DEPARTMENT<br>OF DEFENSE and THE UNITED STATES<br>DEPARTMENT OF THE AIR FORCE,<br><br>Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>1:06-mc-00402-JR |

**ORDER ON PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION TO ENFORCE SUBPOENA AND COMPEL THE UNITED STATES COMMISSION ON CIVIL RIGHTS TO PRODUCE REQUESTED DOCUMENTS**

After considering Plaintiff, Rothe Development Corporation's motion to withdraw its motion to enforce its subpoena and compel non-party United States Commission on Civil Rights to respond to Rothe's request for production of documents, pursuant to FRCP 37(a)(2)(B), the court:

GRANTS the motion and ORDERS that the above styled and numbered miscellaneous pleading be dismissed.

SIGNED on _____, 2006.

_____
U.S. DISTRICT JUDGE